**Order entered December 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01298-CV

## IN THE INTEREST OF A.G. AND A.G., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-30094-2014**

## ORDER

We **GRANT** appellant's November 30, 2015 motion for an extension of time to file a brief.  Appellant shall file a brief by **MONDAY, DECEMBER 28, 2015**.  We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE